FILED
2010 Nov-29 PM 01:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **EDWARD TIMON GARDNER,** )<br>)<br>**Petitioner,** )<br>)<br>**v.** )<br>) **Case No. 5:10-cv-02604-RDP-HGD**<br>**WARDEN PATRICK and THE** )<br>**ATTORNEY GENERAL OF THE** )<br>**STATE OF ALABAMA,** )<br>)<br>**Respondents.** ) | |

## DISMISSAL ORDER

On November 10, 2010, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen days in which to file objections to the Recommendations made by the Magistrate Judge. On November 16, 2010, Petitioner filed objections to the Magistrate Judge's Report and Recommendation.

After careful consideration of the record in this case, the Magistrate Judge's Report and Recommendation and Petitioner's objections thereto, the court hereby **ADOPTS** the Report of the Magistrate Judge.  The court further **ACCEPTS** the Recommendations of the Magistrate Judge and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that the petition for writ of habeas corpus in this action be and the same hereby is **DISMISSED WITHOUT PREJUDICE** to allow Petitioner the opportunity to exhaust available state remedies.

**DONE** and **ORDERED** this ____29th____ day of November, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE